Priority
Send ✓
Enter
Closed ✓
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIZON CALIFORNIA INC.; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; VERIZON WIRELESS (VAW) LLC d/b/a VERIZON WIRELESS; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY, <br><br>Plaintiffs, <br><br>vs. <br><br>MALTUZI LLC; and TEPPO SALONEN, <br><br>Defendants. | CASE NO. CV 07-1732 SVW (JCx) <br><br> [PROPOSED] AGREED PERMANENT INJUNCTION AND FINAL JUDGMENT |

It is hereby stipulated and agreed by and between VERIZON CALIFORNIA INC., CELLCO PARTNERSHIP d/b/a, VERIZON WIRELESS; VERIZON WIRELESS (VAW) LLC d/b/a VERIZON WIRELESS; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY, (collectively "PLAINTIFFS"), on the one hand, and MALTUZI LLC, OVERSEE.NET, NAMEKING.COM, INC., INR HOLDINGS LLC and LAPORTE HOLDINGS, LLC, erroneously sued herein as LAPORTE HOLDINGS, INC. ("DEFENDANTS"), on the other, by and through their undersigned counsel, as follows;

1.  PLAINTIFFS own and/or license VERIZON, VERIZON WIRELESS,

4120354.1

1. VERIZON FIOS, and FIOS as trade names, and trade and service marks (collectively, "PLAINTIFFS' MARKS").

2. DEFENDANTS, their officers, agents, servants, employees, DEFENDANTS' affiliates, and each of them collectively, and all persons in active concert or participation with them who receive actual notice of this Order, shall be, and hereby are, permanently enjoined from; (a) registering, trafficking in or using any domain name that is identical or confusingly similar to PLAINTIFFS' MARKS; and (b) assisting, aiding, or abetting any person or business entity in registering, trafficking in or using any domain name that is identical or confusingly similar to PLAINTIFFS' MARKS.

3. All relief not expressly granted herein is DENIED. Each party shall bear its own costs, expenses and attorney's fees.

4. This is a Final Judgment.

Dated: 12/27/07

_____
STEPHEN V. WILSON
United States District Judge

Gregory P. Stone
Marc A. Becker
David M. Grable
Andrew W. Song
MUNGER, TOLLES & OLSON, LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071
Phone: (213) 683-9011
Facsimile: (213) 687-3702
Email: gregory.stone@mto.com

By: _____
Marc A. Becker
ATTORNEYS FOR PLAINTIFFS

David W. Quinto
Brent Smyth
Melissa Grant
Steve Stiglitz
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Fl.
Los Angeles, CA 90017-2543
Phone: (213) 443-3000
Facsimile: (213) 443-3100
Email: davidquinto@quinnemanuel.com

By: _____
    David W. Quinto
ATTORNEYS FOR DEFENDANTS